IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEBRA E. LONDON | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 19-71 |
| UNITED STATES OF AMERICA | : | |

# **ORDER**

AND NOW, this 15th day of May, 2019, upon consideration of Defendant United States of America's Motion to Dismiss the Complaint, Plaintiff Debra E. London's response thereto, the Government's reply, London's sur-reply, and the parties' presentations at the April 5, 2019, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 3) is GRANTED and the above-captioned case is DISMISSED with prejudice for lack of subject matter jurisdiction.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.